(117 App. Div. 562)

### O'REILLY v. SKELLY et al.

(Supreme Court, Appellate Division, First Department. February 8, 1907.)

Appeal from Special Term, New York County.

Action by Sarah A. O'Reilly, as executrix, against Patrick Skelly and others. From an order directing plaintiff to serve an amended complaint, separately stating and numbering the causes of action attempted to be alleged in the complaint, plaintiff appeals. Affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

Johnston & Johnston (Edward W. S. Johnston, of counsel), for appellant.

Clarke & Clarke (Richard H. Clarke, Jr., of counsel), for respondents.

PER CURIAM. This is an appeal from an order requiring the service of an amended complaint, and the matters relating thereto have been considered in the memorandum on the appeal from the order of December 27, 1906, handed down herewith. 102 N. Y. Supp. 884.

The order appealed from should be affirmed, without costs.